| | |
|---|---|
| 1 | COOLEY LLP |
| | THOMAS J. FRIEL, JR. (State Bar No. 80065) |
| 2 | (tfriel@cooley.com) |
| | 101 California Street, 5th Floor |
| 3 | San Francisco, CA  94111-5800 |
| | Telephone:   (415) 693-2000 |
| 4 | Facsimile:    (415) 693-2222 |
| 5 | WAYNE O. STACY |
| | (wstacy@cooley.com) |
| 6 | BRIAN EUTERMOSER |
| | (beutermoser@cooley.com) |
| 7 | COOLEY LLP |
| | 380 Interlocken Crescent, Ste. 900 |
| 8 | Broomfield, CO  80021-8023 |
| | Telephone:   (720) 566-4000 |
| 9 | Fax:             (720) 566-4099 |
| 10 | |
| 11 | Attorneys for Plaintiffs |
| | REALTIME DATA , LLC d/b/a IXO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REALTIME DATA , LLC d/b/a IXO, | Case No. 5:12-mc-80130-LHK-PSG |
| Plaintiff, | **REALTIME DATA LLC'S RESPONSE TO SKYFIRE LABS, INC.'S SECOND OPPOSITION BRIEF** |
| v. | |
| METROPCS TEXAS, LLC; METROPCS COMMUNICATIONS, INC.; METROPCS WIRELESS, INC.; AT&T, INC.; AT&T MOBILITY LLC; CELLCO PARTNERSHIP d/b/a AT&T WIRELESS; LEAP WIRELESS INTERNATIONAL, INC.; CRICKET COMMUNICATIONS, INC. a/k/a CRICKET WIRELESS, INC.; SPRINT NEXTEL CORP.; and T-MOBILE USA, INC. | **FILED UNDER SEAL** |
| Defendants. | |

COOLEY LLP
ATTORNEYS AT LAW
BROOMFIELD

Case No. 5:12-mc-80130-LHK-PSG